**HUAZHONG XU, Petitioner,**

v.

**Loretta E. LYNCH, Attorney General, Respondent.**

No. 13–71977.

United States Court of Appeals, Ninth Circuit.

Submitted May 9, 2016.\*

Filed May 12, 2016.

Arthur Junguo Liu, Esquire, Inter–Pacific Law Group, Inc., Oakland, CA, for Petitioner.

---

\* The panel unanimously concludes this case is suitable for decision without oral argument.

*See* Fed. R.App. P. 34(a)(2).

OIL, Anthony Cardozo Payne, Senior Litigation Counsel, DOJ–U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: KLEINFELD, IKUTA, and WATFORD, Circuit Judges.

### MEMORANDUM **

Huazhong Xu petitions for review of the decision of the Board of Immigration Appeals (BIA) vacating the Immigration Judge's (IJ) grant of protection under the Convention Against Torture and remanding for further proceedings.

Under 8 U.S.C. § 1252(a), our review is limited to final orders of removal. *See Lopez–Ruiz v. Ashcroft,* 298 F.3d 886, 887 (9th Cir.2002). When, as here, "the BIA remands to the IJ for any reason, no final order of removal exists until all administrative proceedings have concluded." *Abdisalan v. Holder,* 774 F.3d 517, 526 (9th Cir.2014) (en banc). Accordingly, we lack jurisdiction over Xu's petition for review.

PETITION DISMISSED.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.